[No. 13390-3-II.  Division Two.  June 14, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD L. DICKINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 88-1-00145-0, Carol A. Fuller, J., entered November 22, 1989. *Reversed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 13194-3-II.  Division Two.  June 14, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. CLEVELAND PHILLIPS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 195058R060, Nile E. Aubrey, J., entered September 7, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 12743-1-II.  Division Two.  June 14, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY LEE WEBER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-1-00591-5, James D. Roper, J., entered March 27, 1989. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 13336-9-II.  Division Two.  June 14, 1991.]

*In the Matter of the Guardianship of* ETHELYN M. HEDGES.

Appeal from a judgment of the Superior Court for Pierce County, No. 87-4-01068-9, Arthur W. Verharen, J., entered October 9, 1989. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Alexander and Morgan, JJ.